**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**INTELLISHOP, LLC,**

Plaintiff,

v.

**UNITED STATES SMALL BUSINESS ADMINISTRATION, et al.,**

Defendants.

CASE NO. 3:23 CV 1377

JUDGE JAMES R. KNEPP II

**JUDGMENT ENTRY**

For the reasons stated in the related Memorandum Opinion and Order issued this same date, the Court GRANTS Defendants' Motion for Summary Judgment and this case is dismissed.

IT IS SO ORDERED.

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

Dated: August 26, 2026